UNITED STATES DISTRICT COURT

FILED 20 APR '23 16:16 USDC-ORE

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:23-cr-_00132-MC_ |
| v. | INDICTMENT |
| BRIDGET TEEMAN, | 18 U.S.C. §§ 81, 1153 |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1
(Arson within the Territorial Jurisdiction of the United States)
(18 U.S.C. §§ 81 and 1153)

On or about March 7, 2023, on the Burns Paiute Indian Reservation, in Indian Country, and within the District of Oregon, defendant **BRIDGET TEEMAN**, an Indian female, did willfully and maliciously set fire to and burn, a building, structure, and dwelling located at 7 Paiute Street Burns, Oregon 97720;

In violation of Title 18, United States Code, Sections 81 and 1153.

Dated: April 20, 2023

A TRUE BILL.

███████████████

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
JOHN C. BRASSELL
JEFFREY S. SWEET
Assistant United States Attorneys

Indictment                                                                                              Page 1